1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7  ROBERT HATRAK,

Case No. 2:25-cv-00368-NJK

8          Plaintiff(s),

**Order**

9  v.

10  MERCEDES-BENZ USA LLC,

11          Defendant(s).

12          To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-

13  1(a).  A joint discovery plan must be filed by May 23, 2025.

14          IT IS SO ORDERED.

15          Dated: May 19, 2025

16

17  Nancy J. Koppe
    United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

1