**LAW OFFICE OF MITCHELL STIPP**
MITCHELL STIPP, ESQ.
Nevada Bar No. 7531
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone:  702.602.1242
mstipp@stipplaw.com
*Attorneys for Plaintiff, Robert Hatrak*

**LEWIS BRISBOIS BISGAARD & SMITH**
MATTHEW A. CAVANAUGH
Nevada Bar No. 11077
Matthew.Cavanaugh@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant, Mercedes-Benz USA, LLC*

## UNITED STATES DISTRICT COURT
## FOR
## THE DISTRICT OF NEVADA

| | |
|---|---|
| **ROBERT HATRAK,** an individual,<br><br>Plaintiff,<br><br>*vs.*<br><br>**MERCEDEZ-BENZ USA, LLC.,** a foreign limited liability company d/b/a MBUSA<br><br>Defendant. | Case No.: 2:25-cv-00368<br><br><br>**STIPULATION AND REQUEST FOR ORDER TO DISMISS CASE WITH PREJUDICE** |

Plaintiff, Robert Hatrak, by and through his attorney, Mitchell Stipp, Esq., of the Law Office of Mitchell Stipp, P.C., and Defendant, Mercedes-Benz USA, LLC, by and through its attorney, Matthew Cavanaugh, Esq., of Lewis Brisbois Bisgaard & Smith, file the above-referenced stipulation.  The undersigned attorneys for the parties stipulate, covenant and agree on

1

behalf of their respective clients as follows:

1.      Plaintiff delivered the vehicle (2022 Mercedes Benz S580 4Matic, VIN W1K6G7GB4NA100695), which is the subject of this case ("Plaintiff's Vehicle"), to Defendant's transfer agent, Sedgwick, at 7:00 a.m. on February 20, 2026, at Fletcher Jones Imports, 7300 W. Sahara Avenue, Las Vegas, Nevada 89117.

2.      Plaintiff completed and signed the documents required by Defendant for Defendant to repurchase Plaintiff's vehicle.

3.      Sedgwick accepted Plaintiff's Vehicle on behalf of Defendant and delivered to Plaintiff a check issued to Plaintiff to repurchase Plaintiff's Vehicle.

4.      Defendant will pay the remaining balance owed to MBUSA Financial to release the lien encumbering title to Plaintiff's Vehicle, and Plaintiff shall have no obligation or liability thereunder to pay any further payments.

5.      Within thirty (30) days of this stipulation, Defendant will pay Plaintiff's attorney's fees and costs in the amount of $15,986.60, which shall be paid by check issued to Law Office of Mitchell Stipp, P.C. and mailed to the firm's address for payments at 10120 W. Flamingo Rd., Suite 4124, Las Vegas, Nevada 89147, Attention: Mitchell Stipp.

6.      The parties by and through their attorneys dismiss all claims, remedies, causes of action, affirmative defenses, and counterclaims that have been or could have been asserted in this case and release and discharge each other from any losses, harm and damages arising therefrom.

7.      The parties by and through their attorneys waive any right to appeal or set aside this stipulation as entered by the court under FRCP 60 or any other provision at law or equity.  This

stipulation when entered as an order shall be a final judgment.  Further, the parties by and through their attorneys, waive notice of entry of the stipulation and order.

8.    Except as provided above, each of the parties shall be responsible for the payment of his/her/its attorney's fees and costs arising from this case.

9.    All status checks, hearings, and trial if scheduled shall be vacated.

DATED this 20th day of February, 2026.

**LAW OFFICE OF MITCHELL STIPP, P.C.**

*/s/ Mitchell Stipp*

MITCHELL STIPP, ESQ.
Nevada Bar No. 7531
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone:  702.602.1242
mstipp@stipplaw.com
*Attorneys for Plaintiff, Robert Hatrak*

**LEWIS BRISBOIS BISGAARD & SMITH**

*/s/ Matthew Cavanaugh*

MATTHEW A. CAVANAUGH
Nevada Bar No. 11077
Matthew.Cavanaugh@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant, Mercedes-Benz USA, LLC*

**ORDER ON STIPULATION**

**FOR GOOD CAUSE SHOWN**, the court grants the relief requested by the parties above. The claims, remedies, causes of action, affirmative defenses, and counterclaims that have been or could have been asserted in this case are **dismissed with prejudice**.  This order is a final judgment

3

that is not subject to appeal or being set aside.  Except as provided above, each of the parties shall be responsible for the payment of his/her/its attorney's fees and costs arising from this case. The Clerk's Office is **INSTRUCTED** to close this case.

IT IS SO ORDERED.
Dated:  February 23, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

RESPECTFULLY SUBMITTED BY:

DATED this 20th day of February, 2026.

**LAW OFFICE OF MITCHELL STIPP, P.C.**

*/s/ Mitchell Stipp*

MITCHELL STIPP, ESQ.
Nevada Bar No. 7531
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone:  702.602.1242
mstipp@stipplaw.com
*Attorneys for Plaintiff, Robert Hatrak*

4